# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

| | | |
|---|---|---|
| MILES A. HOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:13-cv-00125 |
| v. | ) | |
| | ) | Judge Nixon |
| CAROLYN W. COLVIN, | ) | Magistrate Judge Bryant |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion to Dismiss Plaintiff's Complaint ("Motion") (Doc. No. 14), filed with a Memorandum in Support (Doc. No. 15), and four exhibits (Doc. Nos. 15-1 to 15-4). Plaintiff Miles A. Hood failed to respond to the Motion. Subsequently, Magistrate Judge Bryant issued a Report and Recommendation ("Report"), recommending that the Motion be granted. (Doc. No. 16 at 2.) The Report was filed on February 18, 2014, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.[1]

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Defendant's Motion (Doc. No. 14) and Plaintiff's Complaint is **DISMISSED**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ___24th___ day of April, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Court notes Plaintiff's daughter, Lucie Holly, sent a letter on Plaintiff's behalf on March 4, 2014. (Doc. No. 20.) However, the letter speaks only to Plaintiff's underlying medical conditions and reiterates his request for an administrative hearing, failing to address the procedural issues of the case or any substance of Judge Bryant's Report. Accordingly, the Court finds the letter is not properly construed as an objection to the Report.